(September 17, 1987)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAUDE ALEXANDER, Appellant.—Judgment, Supreme Court, New York County (James Leff, J.), rendered on January 28, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Sandler, Sullivan and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT DEAS, Appellant.—Judgment, Supreme Court, New York County (Milton Williams, J.), rendered on December 3, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Asch, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE SANTIAGO, Appellant.—Judgment, Supreme Court, New York County (Frederic Berman, J.), rendered on March 4, 1985, unanimously affirmed. Motion by appellant for leave to file a *pro se* supplemental brief denied. No opinion. Concur—Kupferman, J. P., Ross, Asch, Rosenberger and Wallach, JJ.

■ In the Matter of JAMES R. McMANUS, Appellant, v HERMAN D. FARRELL, JR., et al., Respondents.—Order, Supreme Court, New York County (Stanley Parness, J.), entered on September 16, 1987, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Sandler, J. P., Carro, Milonas, Kassal and Ellerin, JJ.